No. 99–8690. AYERS *v.* CITY OF MEMPHIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8693. DOMINGUEZ *v.* KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8698. PRUITT *v.* IRVIN, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8709. STEWART *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 99–8719. WILLIAMS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8722. MUHAMMAD *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8723. MORSE *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8726. RICHARDSON *v.* BROAD LANE, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–8728. BAPTIST *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 99–8729. KINCHLOE *v.* MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8730. LASSAN *v.* CITY OF GULF SHORES. Ct. Crim. App. Ala. Certiorari denied.

No. 99–8731. LEE *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 99–8735. CITTADINO *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–8736. BUTLER *v.* PITZER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.